To. Honorable Mr. Bruce Reinhart
From Mr. Derune Lilly
Re- Change of Counsel
Date 03-04-2023
Case # 23-MJ-8138-BER

FILED BY ___cas___ D.C.
APR 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Your honor I am writing this letter to ask for a change of my Counsel (MR. Gray Tesh). My Attorney and I are having differece in Opinions on how to proceed with my case. I am being Roil Roaded Into taking a plea without understanding Crucial details of my case, to date I have not seen the discovery materials and I'm unable to challenge or question any of the evidence against me. I'm of the Opinion that my Current Counsel is in a hurry for me to just plea guilty. Therefore I cannot enter a plea at this time because there has been a lack of information provided to me by my Counsel, Hence I humbly and respectfully ask this Court to assign me another Counsel for my defense.

Sincerely
Mr. Deruno Lilly

MDC
DERUNE Lilly
W2B, 0538819
PO Box 24716
WPB, FL 33416



To:
Honoreble Mr Bruce Reinhart
United States District Court
Southern District of Florida
701 Clementis Street, Suite 453
W.P.B Florida 33401



USPS INSPECTED

Legal Mail



Attention:
This Letter Originates From The Palm Beach
County Facility Inmate Mail is Uncensored
The Sheriff Cannot Assume Responsibility
For Its Contents

Legal Mail